Michael Simon                                              2                    6188873 – Taylor Shargay
Docket Number: 0417 7:19CR00061

## REQUEST FOR COURT ACTION / DIRECTION

| | | |
|---|---|---|
| TO: | Jim Molinelli<br>Miscellaneous Clerk | OFFENSE: POSSESSION WITH INTENT TO DISTRIBUTE A QUANTITY OF PHENOCYCLIDINE (PCP) AND AIDING AND ABETTING - 21 USC 841(a)(1),(b)(1); 18 USC 2<br>Class C Felony |
| FROM: | Taylor Shargay<br>U.S. Probation Officer<br>Assistant | ORIGINAL SENTENCE: Twelve (12) Months' Imprisonment (Eligible for Immediate Release); Three (3) Years' Supervised Release |
| | 20 CRIM 265 | SPECIAL CONDITIONS:  1) No New Credit Charges or Lines of Credit Without Permission; 2) Financial Disclosure; 3) Search Condition; 4) Support Dependents and Meet Other Family Responsibilities; 5) Maintain Stable Household and Employment Subject to Surprise Visits; 6) No Criminal or Drug-related Associations |
| RE: | Michael Simon<br>Docket # 0417 7:19CR00061 | AUSA: To be assigned<br><br>MED: March 12, 2023 |

DATE OF SENTENCE: March 12, 2020

DATE: April 24, 2020

ATTACHMENTS:    ☒ PSI            ☒ JUDGMENT         ☐ PREVIOUS REPORTS

REQUEST FOR:    COURT DIRECTION

---

### TRANSFER OF JURISDICTION

On March 12, 2020, the above-mentioned individual was sentenced as outlined above in the Eastern District of North Carolina, by the Honorable Terrance W. Boyle, Chief U.S. District Court Judge.

On April 20, 2020, we received correspondence from the Eastern District of North Carolina, advising that the Court has signed the Transfer of Jurisdiction Probation Form 22 ordering jurisdiction be transferred to the Southern District of New York.

At this time, we are requesting a transfer of jurisdiction and assignment of the case to a judge in the Southern District of New York.

Michael Simon                                    3                    6188873 – Taylor Shargay
Docket Number: 0417 7:19CR00061

Enclosed is the Transfer of Jurisdiction Probation Form 22. Upon completion, please return the Form 22 as it is required for both districts to complete the transfer.

Your assistance in this matter is greatly appreciated. Should you have any questions or concerns, please contact the undersigned.

                                    Respectfully submitted,
                                    Michael Fitzpatrick
                                    Chief U.S. Probation Officer

                            by *Taylor Shargay*
                                 Taylor Shargay
                                 U.S. Probation Officer Assistant
                                 212-805-0030

Approved By:

*Elizabeth Cuprill*         April 24, 2020
Elizabeth Cuprill            Date
Supervisory U.S. Probation Officer